

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY  11747

February 17, 2021

William H. Ng
Shareholder
631.247.4707 direct
631.247.4700 main
631.918.7068 fax
wng@littler.com

**VIA ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Tomas Sapon v. KDD Restaurant Group LLC, et al.,</u>
       U.S. District Court, S.D.N.Y., Civ. No. 1:20-cv-8238 (JPC)

Dear Judge Cronan:

This firm represents Defendants KDD Restaurant Group LLC, d/b/a Makana, David Chan, and David Hom ("Defendants") in the above-referenced action.  Pursuant to Rules 1(A) and 3(B) of the Court's Individual Rules and Practices, Defendants write, on behalf all parties, to respectfully request an adjournment of the Initial Conference, set for February 24, 2021 at 12:30 p.m. (<u>see</u> Order, Dkt. No. 20) to a future date after the parties' anticipated mediation, which is currently scheduled for March 5, 2021 at 10 a.m. with the Court-appointed mediator.  This is the parties' first request for the relief discussed herein.

The parties to this action are prepared to proceed with mediation in good faith in an attempt to resolve this matter.  The parties have met with the mediator as a part of the parties' cooperative efforts in engaging in settlement-related discussions.  Should this matter resolve at mediation, it would obviate the need for any further proceedings before the Court.

In the event that this matter does not settle at mediation, Defendants and Plaintiff will promptly submit their Proposed Case Management Plan and Scheduling Order and joint letter in advance of the Initial Conference, pursuant to Rule 5(B) of the Court's Individual Rules and Practices.

Accordingly, Defendants respectfully request that the February 24, 2021 Initial Conference be adjourned to a future date after the parties' scheduled mediation.

We thank the Court for its time and attention to the matters discussed herein.

*Defendants' request is granted.  The Initial Pretrial Conference scheduled for February 24, 2021, at 12:30 p.m. is adjourned to March 17, 2021, at at 11:30 a.m.*

SO ORDERED.
Date: February 17, 2021

New York, New York

JOHN P. CRONAN
United States District Judge

Honorable John P. Cronan
February 17, 2021
Page 2

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ William H. Ng*

William H. Ng
Shirley W. Bi

cc:     Chambers of Hon. John P. Cronan (Via Email)
        CronanNYSDChambers@nysd.uscourts.gov

        Clifford Tucker (Via ECF)
        Michael Faillace & Associates, P.C.
        *Attorneys for Plaintiff*

4837-6297-3149.1 101905.1004