

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747


Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
631.719.7811 fax
mcapobianco@littler.com

September 10, 2021

**VIA ECF**

Judge John P. Cronan
United States Courthouse
500 Pearl Street
Courtroom 12D
New York, NY 10007

    Re:  **Sapon v. KDD Restaurant Group LLC et al**
           **20-cv-08238 (JPC)**

Dear Honorable Cronan:

We represent the Defendants in the above titled matter.  We write jointly with counsel for the Plaintiff to advise the Court that the parties have reached a settlement in principle. We thus respectfully request that the Court adjourn all deadlines and conferences *sine die* and permit the parties thirty (30) days to submit a request for approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake House.*

We thank the Court for its time and attention to this matter.

Sincerely,

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco

MRC/tma

4836-0413-4906.1 / 101905-1004