```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TOMAS SAPON,                                                           :
                                                                       :
                            Plaintiff,                                 :
                                                                       :          20 Civ. 8238 (JPC)
                -v-                                                    :
                                                                       :          ORDER
KDD RESTAURANT GROUP LLC et al.,                                       :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' settlement agreement.  The Court has reviewed the proposal in light of *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), *Lopez v. Nights of Cabiria, LLC*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and finds that the settlement is fair.

The Court notes that the attorneys' fees were calculated using the percentage method and represent approximately one third of the total settlement amount.  While the Court finds those fees to be reasonable, the Court does not make any finding as to the reasonableness of counsel's hourly rate or as to the reasonableness of any particular hours billed for work on this case.

Accordingly, the settlement is approved and the case is dismissed with prejudice.  Per the parties' request, the Court retains jurisdiction for purposes of enforcement.  The Clerk of Court is respectfully directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: October 15, 2021
       New York, New York                       _____
                                                        JOHN P. CRONAN
                                                United States District Judge